UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CORNING GILBERT, INC., | : |
| Plaintiff-Appellee, | : Appeal No. 2013-1299 |
| v. | : |
| UNITED STATES, | : |
| Defendant-Appellant. | : |

### **ORDER**

Upon reading defendant-appellant's consent motion to dismiss this appeal, upon consideration of other papers and proceedings herein, and upon due deliberation, it is hereby

**ORDERED** that defendant-appellant's consent motion be, and hereby is, granted; and it is further

**ORDERED** that Appeal No. 2013-1299 is dismissed.

FOR THE COURT:

_____

Dated: Washington, D.C.
   This     day of     , 2013

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CORNING GILBERT, INC., | : |
| Plaintiff-Appellee, | : Appeal No. 2013-1299 |
| v. | : |
| UNITED STATES, | : |
| Defendant-Appellant. | : |

## CONSENT MOTION TO DISMISS APPEAL

Pursuant to Rule 27(f) of the Rules of the United States Court of Appeals for the Federal Circuit and Rule 42(b) of the Federal Rules of Appellate Procedure, defendant-appellant respectfully moves this Court to dismiss Appeal No. 2013-1299. On May 14, 2013, Joseph P. Lavelle of the law firm DLA Piper LLP, counsel for plaintiff-appellee, advised that plaintiff-appellee consents to this motion. Both parties have agreed and consented to bear their own costs and fees with respect to this appeal.

Consent Motion to Dismiss Appeal No. 2013-1299

WHEREFORE, defendant-appellant respectfully requests that its consent motion to dismiss Appeal No. 2013-1299 be granted.

>       Respectfully submitted,
>
>       STUART F. DELERY
>       Acting Assistant Attorney General
>
>       JEANNE E. DAVIDSON
>       Director
>
>       /s/ Barbara S. Williams
> BY:   BARBARA S. WILLIAMS
>       Attorney in Charge
>       International Trade Field Office
>
>       /s/ Marcella Powell
>       MARCELLA POWELL
>       Trial Attorney
>       Dept. of Justice, Civil Division
>       Commercial Litigation Branch 26
>       Federal Plaza, Room 346 New
>       York, New York 10278
>       Attorneys for Defendant-Appellant
>       Tel. No. (212) 264-9230 or 1873

Dated: May 15, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of May 2013, a copy of the foregoing Consent Motion to Dismiss Appeal in Appeal No. 2013-1299 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marcella Powell
Trial Attorney
International Trade Field Office
Civil Division
United States Department of Justice
26 Federal Plaza—Room 346
New York, New York 10278